March 27, 1951.

No. 554. United States National Bank of Denver et al., Executors, *v*. Bartges. Petition for writ of certiorari to the Supreme Court of Colorado dismissed on motion of counsel for the petitioners. *Karl F. Crass, John P. Akolt, Harold D. Roberts, Robert E. More* and *Milton J. Keegan* for petitioners.

No. 565. Radio Corporation of America et al. *v*. United States et al. Upon consideration of the motion of the appellants for an extension of the stay granted by the District Court, it is ordered that the order of the Federal Communications Commission entered herein be, and the same is hereby, stayed pending the issuance of the mandate of this Court. *John T. Cahill, Simon H. Rifkind, B. C. Schiff, John J. Kelly, Jr., Frank S. Righeimer, Jr., Alfred Kamin* and *Gerald Ratner* for appellants. *Solicitor General Perlman, Stanley M. Silverberg, Benedict P. Cottone, Max Goldman, Samuel I. Rosenman* and *Richard S. Salant* for appellees.